IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,   )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      v.                      )<br>                              )<br> Scott G. Lyon,               )<br>                              )<br>           Defendant.         )<br> _____ ) | 2:10-cv-02549-GEB-EFB<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

        Plaintiff states in its Status Report file on January 31, 2011: "On January 6, 2011, the Clerk entered Defendant's default for his failure to file an answer[, and] . . . [Plaintiff] anticipates filing an application . . . for entry of a default judgment against Defendant following the February 14, 2011, Status Conference." (ECF No. 10, 1:18-19, 2:1-3.)

        Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on March 14, 2011, why defendant should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for February 14, 2011, is continued to commence at 9:00 a.m. on July 18, 2011. A status report shall be filed fourteen (14) days prior to the status conference

1 | in which Plaintiff is required to explain the status of the default
2 | proceedings.
3 |     IT IS SO ORDERED.
4 | Dated: February 8, 2011

```
                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge
```