IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                             No. CIV S-10-2549 GEB EFB

    vs.

SCOTT G. LYON,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment came on regularly for hearing before the assigned magistrate judge on April 27, 2011.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

        On June 7, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.   No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The Findings and Recommendations filed June 7, 2011, are adopted in full;

2. Plaintiff's motion for default judgment against defendant Lyon is GRANTED;

3. Plaintiff is awarded $64,289.97 (based on $55,964.90 in unpaid principal and $8,325.07 in unpaid interest through March 3, 2011), plus additional interest that has accrued since March 3, 2011 calculated as interest at $6.33 per day from March through the date judgment is entered and

4. The Clerk is directed to close this case.

Dated: July 14, 2011

GARLAND E. BURRELL, JR.
United States District Judge